UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In Re:                                                   Case No.: 10-41173

Ben E. Carey and Jan Marie Carey             Chapter 13
                Debtors.
_____/

**NOTICE OF CHANGE OF DEBTORS' ADDRESS**

The Debtors, by and through their undersigned attorney, notify this Court of a change in mailing address and physical address to:

**Ben E. Carey**                                **Jan Marie Carey**
**23211 Woodward Ave #125**           **23211 Woodward Ave #125**
**Ferndale, MI 48220**                        **Ferndale, MI 48220**

Their previously listed mailing address and physical address should be removed from the matrix.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic and/or standard mail on the same day as reflected on the Court's docket as the electronic filing date of this document upon the Debtor at the above address and upon:

    Leigh D. Hart, Chapter 13 Trustee
    P.O. Box 646
    Tallahassee, Florida 32302
    ldhecf@earthlink.net

                                         /S/David H. Abrams
                                         David H. Abrams, Esquire
                                         Law office of David H. Abrams
                                         P.O. Box 3298
                                         Tallahassee, FL 32315
                                         (850) 224-7653 / (850) 222-0206
                                         Florida Bar Number: 0692484
                                         david@dhabramslaw.com